IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-062 T

(Judge Thomas C. Wheeler)

THOMAS A. CONNELL and BEVERLY A. CONNELL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS AND TRANSFER TO THE HONORABLE LAWRENCE J. BLOCK

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case and this case be transferred to the Honorable Lawrence J. Block. This case is an AMCOR case that presents issues of fact and law in common with the following other AMCOR cases: *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T, *William P. Smith, Jr. and Anne D. Smith v. United States*, Fed. Cl. No. 04-907 T, and *John F. and Pamela F. Hinck v. United States*, Fed. Cl. No. 03-865 T. Accordingly, the parties request that proceedings be suspended pending a final decision in *Isler*, *Scuteri*, *Prati*, *Keener*, and *Smith*, and final appellate action in *Hinck*.

On March 29, 2006, the parties' counsel filed a joint motion for transfer to a single judge of most pending and all future filed AMCOR partnership cases. *See Wood et. al. v. U.S.*, Fed.

Cl. No. 02-56 T, Mot. [Doc. #24]. Subsequently, many AMCOR cases, including *Isler*, *Scuteri*, and *Prati* were transferred to Judge Lawrence J. Block. In addition, there is currently a procedure in place for newly filed AMCOR complaints under which plaintiffs' counsel notifies the clerk's office that the new case is an AMCOR case, and the clerk's office assigns the case to Judge Block. This procedure has worked well, except for a few cases that were misassigned.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

WHEREFORE, the parties respectfully request that proceedings be suspended in the above-captioned case and that the case be transferred to Judge Lawrence J. Block.

Respectfully submitted,

3/23/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

3/23/2007 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

3/23/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant