# In the United States Court of Federal Claims

No. 07-062T

(Filed: March 27, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| THOMAS A. CONNELL and | * |
| BEVERLY A. CONNELL, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

The necessary agreement by both judges being present, this case shall be transferred to Judge Lawrence J. Block pursuant to RCFC 40.1(b) to promote docket efficiency and the prompt and efficacious administration of justice.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge